1  Blanca E. Rodriguez, WSBA # 27745
   Northwest Justice Project
2  510 Larson Building
   6 South 2nd Street
3  Yakima, WA 98901
   Tel: (509) 574-4234 x 22
4  Fax: (509) 574-4238

5  Attorney for Plaintiff-Intervenor

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISION<br><br>Plaintiff,<br><br>v.<br><br>LA PIANTA, LLC, dba FRENCHMAN HILLS VINEYARD, L.L.C.,<br><br>Defendant. | No. CV-09-303-RHW<br><br>MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFF UNDER FED. R. CIV. P. 24 (a) (1) |

## I.   INTRODUCTION

1.  Proposed Plaintiff-Intervenor Andrea Ramales moves this Court under Fed. R. Civ. P. 24(a) for leave to intervene in the above-captioned action as a party Plaintiff. This motion is brought in order to allow the aggrieved party to assert the claims set forth in the proposed Complaint in Intervention.

MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFF UNDER FED R. CIV. P. 24 (A) (1)
1

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S. 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

## II. STATEMENT OF FACTS

2.1 Proposed Plaintiff-Intervenor Andrea Ramales seeks leave of this Court to intervene pursuant to Fed. R. Civ. P. 24(a) in the above captioned action filed on her behalf by the Equal Employment Opportunity Commission (EEOC) and to file the attached Complaint in Intervention.

2.2 The EEOC is the federal agency charged by Congress with the interpretation, administration and enforcement of a number of federal statutes banning employment discrimination, including Title VII of the Civil Rights Act of 1964, 42 U.S.C § 2000e, et seq. (Title VII).  In this capacity, the EEOC filed the complaint on September 30th, 2009 against the Defendant alleging unlawful employment practices in violation of §703(a) of Title VII, 42 U.S.C § 2000e-2(a), stemming from the charges of discrimination filed by the Plaintiff-Intervenor with the EEOC.  This action is currently pending before this Court.

2.3 In this case, Plaintiff-Intervenor has claims of discrimination in violation of Title VII.  Plaintiff-Intervenor also seeks to bring before this Court her state law claim for discrimination pursuant to the Washington Law Against Discrimination, RCW 49.60, that arises out of the same facts as the federal claims.

MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFF UNDER FED R. CIV. P. 24 (A) (1)
2

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S. 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

2.4 Plaintiff-Intervenor asks this Court to assert supplemental jurisdiction over her state claim because the state and federal claims share a common nucleus of operative facts. Moreover, this Court should assert jurisdiction over Plaintiff-Intervenor's state law claims because the evidence needed to resolve the state law claims substantially overlaps with the evidence relevant to the federal claims. *See United Mine Workers v. Gibbs,* 383 U.S. 715 (1966).

2.5 The EEOC complaint in this action was filed on or about September 30, 2009. The present procedural posture of the case is that no discovery has been propounded, and no trial date has been set. Thus, the Plaintiff-Intervenor believes, for the reasons outlined below, that intervention should be allowed.

## II. ARGUMENT

**A. Fed. R. Civ. P. 24(a) (1) GRANTS PLAINTIFF-INTERVENOR THE RIGHT TO INTERVENE BECAUSE FEDERAL STATUTE AFFORDS AN UNCONDITIONAL RIGHT.**

Rule 24 of the Federal Rules of Civil Procedure provides, in relevant part:

(a) Intervention of Right. On timely motion, the court must permit anyone to intervene who: (1) is given an unconditional right to intervene by a federal statute…

MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFF UNDER FED R. CIV. P. 24 (A) (1)
3

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S. 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

Title VII provides an aggrieved employee with an absolute right to intervene in a civil action brought by the EEOC. Title VII states:

> …[T]he person or persons aggrieved shall have the right to intervene in a civil action brought by the Commission or the Attorney General in a case involving a government, governmental agency, or political subdivision…42 U.S.C. §2000e-5(f)(1)

Since the relevant statue confers an absolute right to intervene, Plaintiff-Intervenor must therefore be allowed to intervene in this action as a matter or right.

## B. PLAINTIFF-INTERVENOR'S REQUEST TO INTERVENE IS TIMELY

Rule 24 requires that the application to intervene be timely. The Court considers the following factors in determining whether intervention is timely: (1) the stage of the proceeding at which an applicant seeks to intervene, (2) the prejudice to other parties, and (3) the reason for and length of the delay. *United States v. State of Washington*, 86 F.3d. 1499, 1503 (9th Cir. 1996).

This motion is timely. This action was filed by the EEOC on September 30th, 2009. No discovery has been conducted. No trial date has been set. The Defendant will not be prejudiced by the court granting Plaintiff-Intervenor permission to intervene at this stage of the proceedings.

MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFF UNDER FED R. CIV. P. 24 (A) (1)
4

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S. 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

For these reasons, the Plaintiff-Intervenor's Motion to Intervene is timely and has met the requirements for intervention as set forth in Fed. R. Civ. P. 24(a).

## III. CONCLUSION

For these reasons, the Plaintiff-Intervenor respectfully requests that her motion to intervene into the instant action be granted and that she be permitted to file the attached Complaint in Intervention.

DATED this 16th day of October, 2009.

NORTHWEST JUSTICE PROJECT

By: /s/ Blanca E. Rodriguez
Blanca Rodriguez, WSBA #27745
Attorney For Plaintiff-Intervenor
Northwest Justice Project
510 Larson Bldg., 6 South 2nd Street
Yakima, WA  98901
(tel) 509-574-4234 / (fax) 509-574-4238
e-mail: blancar@nwjustice.org

MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFF UNDER FED R. CIV. P. 24 (A) (1)

5

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S. 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system witch will send notification of such filing to the following:

| | |
|---|---|
| John F Stanley | John.stanley@eeoc.gov |
| Carmen Flores | Carmen.flores@eeoc.gov |
| William R. Tamayo | William.tamayo@eeoc.gov |
| George M Ahrend | gahrend@dgalaw.com |

And hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE

   s/Alex Galarza_____
Alex Galarza, Legal Assistant

MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE AS PLAINTIFF UNDER FED R. CIV. P. 24 (A) (1)
6

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S. 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238