Blanca E. Rodriguez, WSBA # 27745
Northwest Justice Project
510 Larson Building
6 S. Second Street
Yakima, Washington 98901
Tel: (509) 574-4234 x 22
Fax: (509) 574-4238

Attorney for Plaintiff-Intervenor

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | No. CV-09-303-RHW |
| Plaintiff, | COMPLAINT IN INTERVENTION |
| ANDREA RAMALES | |
| Plaintiff-Intervenor | JURY DEMAND |
| vs. | |
| LA PIANTA, LLC dba FRENCHMAN HILLS VINEYARD, LLC, | |
| Defendant. | |

## I. **<u>INTRODUCTION</u>**

1.1  This is an action for civil rights violations. Plaintiff-Intervenor Andrea

Ramales was an employee of Defendant La Pianta, LLC dba Frenchman

COMPLAINT IN INTERVENTION - 1

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

Hills, LLC ("Frenchman Hills") in Adams County, Washington until May 17, 2008. During the course of her employment Plaintiff-Intervenor was sexually harassed by her immediate supervisor at Frenchman Hills. As a result of this sexual harassment, Plaintiff-Intervenor was constructively discharged from Frenchman Hills in violation of Title VII of the United States Civil Rights Act and the Washington Law Against Discrimination. Plaintiff-Intervenor brings this action to obtain redress for the harm she has suffered and continues to suffer as a result of the Defendant's unlawful conduct.

## II.  JURISDICTION AND PARTIES

2.1  This court has jurisdiction of Plaintiff-Intervenor's federal law claims pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.2  This court has jurisdiction of the Plaintiff-Intervenor's state law claims under 28 U.S.C. §1367(a) (supplemental jurisdiction), as these claims are

COMPLAINT IN INTERVENTION - 2

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

1

2

so related to the federal claims as to form part of the same case or

controversy under Article III of the United States Constitution.

3

4

5

6

2.3 The employment practices alleged to be unlawful were committed within

the jurisdiction of the United States District Court for the Eastern District

of Washington.

7

8

9

10

11

12

2.4 Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), is

the agency of the United States of America charged with the

administration, interpretation and enforcement of Title VII, and is

expressly authorized to bring this action by Section 706(f)(1) of Title VII,

42 U.S.C. §2000e-5(f)(1).

13

2.5 The Plaintiff-Intervenor Andrea Ramales is a resident of Washington State.

14

15

16

17

2.6 At all relevant times, Frenchman Hills has been a corporation continuously

doing business in the State of Washington and has continuously had at

least 15 employees.

18

19

20

21

2.7 At all relevant times, Defendant Frenchman Hills has continuously been an

employer engaged in an industry affecting commerce within the meaning

of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and

(h).

22

23

COMPLAINT IN INTERVENTION - 3

24

2.8 At all times relevant to this complaint, Defendant has continuously been an employer within the meaning of the Washington Law Against Discrimination. RCW 49.60.040; RCW 49.60.180.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

3.1 On July 24, 2008 Plaintiff-Intervenor filed a charge of discrimination with the EEOC against Frenchman Hills. After it assumed jurisdiction and investigated Ms. Ramales' charge, the EEOC, on February 20, 2009, issued a formal Determination that there is reasonable cause to believe that Defendant subjected Plaintiff-Intervenor to a sexually offensive and hostile work atmosphere at Frenchman Hills.

3.2 An attempt was made by the EEOC to resolve this case without litigation. However, conciliation failed on or before April 29, 2009.

3.3 On or about February 20, 2009 the EEOC concluded their investigation of the case involving Plaintiff-Intervenor and filed the instant action in federal court on September 30, 2009.

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

# IV. FACTS

4.1 At all times relevant to this complaint, Defendant Frenchman Hills employed more than fifteen people in and around Adams County, Washington.

4.2 The Plaintiff-Intervenor Andrea Ramales performed labor for Frenchman Hills from May 3, 2008 until May 17, 2008 at the request and under the direction and control of Defendant and its agents.

4.3 Defendant employed Alberto Camacho as a foreman and supervisor at all relevant times.

4.4 During her employment with Defendant, Plaintiff-Intervenor was sexually harassed by Supervisor Camacho resulting in her constructive discharge.

4.5 Plaintiff-Intervenor was forced to endure unwanted sexual contact and intimidating and unwelcomed sexual overtures by Supervisor Camacho, although she made clear that she wanted the harassment to stop.

4.6 Plaintiff-Intervenor was not provided with a Frenchman Hills company policy to report sexual harassment, and Supervisor Camacho was her only known supervisor.

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

4.7 The sexual harassment by Supervisor Camacho was severe and pervasive and altered the working conditions and create a hostile work environment for Plaintiff-Intervenor.

4.8 Defendant's conduct created a hostile work environment so intolerable for Plaintiff-Intervenor that any reasonable person would find such treatment offensive.

4.9 The extreme conduct of Supervisor Camacho was done in a willful and wanton manner, and constituted a disregard for the rights and wellbeing of Plaintiff-Intervenor that resulted in her constructive discharge on May 17, 2008.

## V.  STATEMENT OF CLAIMS

### I.  SEXUAL HARASSMENT- 42 U.S.C. §2000e-2(a)

5.1 Plaintiff-Intervenor re-alleges and incorporates by reference all allegations set in the preceding paragraphs as if set forth herein.

5.2 By subjecting Plaintiff-Intervenor to unwelcome sexual comments and acts, and permitting and encouraging a work environment in which she was subject to ridicule, harassment, discrimination, assault and intimidation

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

because of her sex, Defendant discriminated against Plaintiff-Intervenor in violation of §§ 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a).

5.3 The effect of the practices complained of above has been to deprive Plaintiff-Intervenor of equal employment opportunities.

5.4 The unlawful employment practices complained of were intentional.

5.5 The unlawful employment practices complained of were done with malice or with reckless indifference to Plaintiff-Intervenor's federally protected rights.

## II. WASHINGTON STATE LAW AGAINST DISCRIMINATION- RCW 49.60.030; RCW 49.60.180.

5.6 Plaintiff-Intervenor re-alleges and incorporates by reference all allegations set in the preceding paragraphs as if set forth herein.

5.7 Plaintiff-Intervenor was subjected to unlawful workplace sexual harassment in violation of the Washington Law Against Discrimination. RCW 49.60.030; RCW 49.60.180.

5.8 As a woman, Plaintiff-Intervenor is a member of the class protected from discrimination and sexual harassment under this law.

5.9 Plaintiff-Intervenor was subjected to unlawful workplace sexual harassment in violation of the Washington Law Against Discrimination

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

when she was subjected to unwelcome intentional conduct, which occurred because of her gender, and which affected the terms and conditions of her employment.

## VI. PRAYER FOR RELIEF

Wherefore, Plaintiff-Intervenor requests this Court:

6.1 Award Plaintiff-Intervenor all damages to which she is entitled, including, but not necessarily limited to, all special, general, compensatory, punitive or other damages pursuant to Title VII of the Civil Rights Act (42 U.S.C. 2000e et seq.); the Washington Law Against Discrimination (RCW Chapter 49.60); or as otherwise authorized by law;

6.2 Award Plaintiff-Intervenor the costs of this suit; and

6.3 Award Plaintiff-Intervenor such other relief as the court may deem just and equitable[1].

---

[1] The Northwest Justice Project (NJP) is a recipient of federal funds from the Legal Services Corporation (LSC). 45 CFR§ 1642.3 prohibits a recipient of federal LSC funds from claiming, or collecting and retaining attorneys' fees in any case undertaken on behalf of a client. The prohibition applies to NJP and its employees. It does not limit or pre-empt the court's statutory duties, nor does it operate as a waiver of the Plaintiff's rights under state or federal

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238

SIGNED this 16th of October, 2009.

NORTHWEST JUSTICE PROJECT

By: <u>/s/ Blanca E. Rodriguez</u>
Blanca Rodriguez, WSBA #27745
Attorney for Plaintiff-Intervenor
Northwest Justice Project
510 Larson Bldg., 6 South 2nd Street
Yakima, WA 98901
Tel: 509-574-4234 / (fax) 509-574-4238
E-mail: blancar@nwjustice.org

---

law. The court is free to make its own disposition of any fee that it may determine to be appropriate in this case, with the understanding that NJP may not receive the fee.

COMPLAINT IN INTERVENTION - 9

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system witch will send notification of such filing to the following:

| | |
|---|---|
| John F Stanley | John.stanley@eeoc.gov |
| Carmen Flores | Carmen.flores@eeoc.gov |
| William R. Tamayo | William.tamayo@eeoc.gov |
| George M Ahrend | gahrend@dgalaw.com |

And hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE

s/Alex Galarza_____

Alex Galarza, Legal Assistant

COMPLAINT IN INTERVENTION - 10

NORTHWEST JUSTICE PROJECT
510 LARSON BUILDING, 6 S 2ND STREET
YAKIMA, WASHINGTON 98901
PHONE: (509) 574-4234
FAX: (509) 574-4238